UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MICHAEL LAYNE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV420-243 |
| | ) | |
| DUPONT SPECIALTY PRODUCTS USA, LLC and COASTAL PRECISION MACHINE, INC., | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court conducted a telephonic scheduling conference with the parties on November 17, 2020. During the conference, all parties agreed to stay the case pending the disposition of plaintiff's pending motion to remand. Doc. 7. Therefore, the case is **STAYED**. The parties are **DIRECTED** to confer and submit a revised Rule 26(f) report and a motion to lift the stay within 14 days of the disposition of the motion to remand, should it be denied.[1]

---

[1] The Clerk of Court is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** the pending Rule 26(f) report. Doc. 7.

**SO ORDERED**, this 19th day of November, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA